```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                        DISTRICT OF VERMONT
```

Joseph Stocker,                  :
    Petitioner,               :
                              :
        v.                    :  File No. 2:07-CV-139
                              :
Robert Hofmann,                  :
    Respondent.               :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed March 26, 2008.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The petitioner's petition (Paper 1), brought pursuant to 28 U.S.C. §2254, is **DENIED**.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is **DENIED** because the petitioner has failed to make a substantial showing of denial of a federal right.  Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., <u>Flieger v. Delo</u>, 16 F.3rd 878, 882-83 (8th Cir.) <u>cert. denied</u>, 513 U.S. 946 (1994); <u>Sawyer v. Collins</u>, 986 F.2d 1493, 1497 (5th cir.), <u>cert. denied</u>, 508 U.S. 933

1

(1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 16th day of April, 2008.


/s/ William K. Sessions III
William K. Sessions III
U. S. District Judge